JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW TESHERA,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED WHOLESALE MORTGAGE, LLC; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC<br><br>    Defendants. | Case No.: 2:24-cv-04362-CBM-PD<br><br>ORDER [81] |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant UNITED WHOLESALE MORTGAGE, LLC to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 15, 2025

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE